# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Dialware Communications, LLC v. Hasbro, Inc.

No.17-1952

## Entry of Appearance

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     X As counsel for:     Dialware Communications, LLC

I am, or the party I represent is (select one):
☐ Petitioner  ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant
☒ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:
  Name:  Charles T. Collins-Chase
  Law firm: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
  Address:  901 New York Avenue, NW
  City, State and ZIP:  Washington, D.C.  20001
  Telephone:  (202) 408-4108
  Fax #:   (202) 408-4400
  E-Mail address: charles.collins-chase@finnegan.com

Statement to be completed by counsel only (select one):

☒  I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel for the party in this case of the matters served upon me.

☐  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   6/30/10

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
  ☐ Yes   X No

☐  A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 10, 2017              /s/Charles T. Collins-Chase
                               Signature of pro se or counsel

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing ENTRY OF APPEARANCE were served upon registered counsel by operation of the Court's CM/ECF system on this 10th day of May, 2017.

| | |
|---|---|
| <u>Charles T. Collins-Chase</u> | <u>/s/Charles T. Collins-Chase</u> |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, N.W. |
| City, State and Zip | Washington, D.C. 20001 |
| Telephone: | (202) 408-4108 |
| Fax #: | (202) 408-4400 |
| E-Mail address: | charles.collins-chase@finnegan.com |